IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NAHIGIAN STRATEGIES, LLC,

               Plaintiff,

vs.

EPISTEMIX, INC.,

               Defendant.

No.

*Electronically Filed*

## COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, NAHIGIAN STRATEGIES, LLC ("Nahigian"), by its attorneys, Aaron H. Weiss, Esquire and Zimmer Kunz, PLLC, and files the following Complaint in Civil Action and, in support thereof, avers as follows:

1. This cause of action arises out of Defendant's Breach of Contract for failure to pay Plaintiff Nahigian for services provided, now totaling $263,250, plus interest, costs, and fees.

### Parties, Jurisdiction, and Venue

2. Plaintiff Nahigian is a corporation authorized to conduct business in the Commonwealth of Pennsylvania, which is incorporated in Virginia and maintains a principal place of business at 1455 Pennsylvania Ave., NW #100, Washington, DC 20004.

3. Nahigian is a public relations firm that has provided strategic communications support to its clients for over 25 years.

4. Defendant, Epistemix, Inc., is a corporation authorized to conduct business in the Commonwealth of Pennsylvania, which is incorporated in Pennsylvania and has a principal place of business at 3706 Butler St., Pittsburgh, PA 15201.

{02922219.DOCX 8005-0090 }

5.      This Court has jurisdiction pursuant to 28 USC. §1332(a)(1) in that the matter in question exceeds the sum of $75,000, exclusive of interests and costs, and is between citizens of different states.

### Facts

6.      On or about December 22, 2023 the parties entered into a written Agreement, wherein Defendant agreed to pay Nahigian a total of $240,000.00 for the services it rendered. See Agreement, generally, attached as Exhibit "1".

7.      Specifically, Defendant was to pay monthly installments of $20,000 beginning in February 2024, and such payments were to be completed no later than February 2025. See Exhibit "1", ¶ 4(1).

8.      Initially Defendant paid $30,000 – in the form of a $10,000 good faith gesture on December 26, 2023 and one monthly installment of $20,000 on March 1, 2024 – but after that time all payments have stopped.

9.      Defendant has therefore failed to pay for the remainder of the Agreement, despite repeatedly acknowledging its obligation and promising to make payment. See e.g. Text Messages, attached as Exhibit "2".

10.     The payment owed is now more than 15 months past due.

11.     Prior to filing this litigation, Nahigian attempted to resolve this matter with Defendant via a letter demanding the overdue payment, but no response was ever received. See Demand Letter, attached as Exhibit "3".

12.     Due to these breaches by Defendant, Nahigian is further entitled to a contractual penalty of $24,000, plus 10% interest per annum. See Exhibit "1", ¶ 4(2).

{02922219.DOCX 8005-0090 }

13.     The Agreement further required that any litigation arising from this Agreement be brought in the United Stated District Court for the Western District of Pennsylvania. See Exhibit "1", ¶ 17.

14.     Thus, the current amount owed at the time of filing suit is: $263,250, but interest and fees continue to accrue.

## COUNT I
## Breach of Contract

15.     Nahigian re-alleges and incorporates herein by reference the allegations contained in the preceding Paragraphs of its Complaint.

16.     The Parties entered into a written Agreement wherein Defendant agreed to pay Nahigian for the services it rendered, as well as incur penalties and interest for failure to do so timely. See Exhibit "1".

17.     Defendant breached this Agreement by failing to timely pay Nahigian, despite repeated promises to do so and numerous attempts at collection. See Exhibits "2" and "3".

18.     As a direct and proximate result of Defendant's breach, Nahigian has suffered the following damages and losses, including, but not limited to:

(a) $210,000 in unpaid principal due;

(b) $24,000 in contractual penalty;

(c) Further ongoing contractual interest at 10% per annum, which is continuing to accrue; and

(d) Nahigian's costs and fees in this litigation.

WHEREFORE, Plaintiff Nahigian Strategies, LLC demands judgment in its favor and against Defendant, in the amount of $263,250, plus further interest, costs, and any other relief this Honorable Court deems appropriate.

{02922219.DOCX 8005-0090 }

## COUNT II
### Unjust Enrichment / *Quantum Meruit*

19.     Nahigian re-alleges and incorporates herein by reference the allegations contained in the preceding Paragraphs of its Complaint.

20.     In the alternative, and in the event any part of the Agreement as averred is found not enforceable by the Court, Nahigian asserts this Unjust Enrichment and *Quantum Meruit* claim.

21.     Nahigian's services conferred a benefit on Defendant, which it appreciated, accepted, and retained.

22.     Defendant's retention of this benefit without payment to Nahigian is inequitable.

23.     Accordingly, Defendant has been unjustly enriched, and Nahigian is entitled to damages.

WHEREFORE, Plaintiff Nahigian Strategies, LLC demands judgment in its favor and against Defendant, in the amount of $263,250, plus further interest, costs, and any other relief this Honorable Court deems appropriate.

Respectfully submitted,

*/s/ Aaron H. Weiss, Esquire*
AARON H. WEISS, ESQUIRE
Pa. I.D. #320980
ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000
Counsel for Plaintiff Nahigian Strategies, LLC

{02922219.DOCX 8005-0090 }